# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | |
| JAMES AUSTIN WHITE, | |
| Defendant. | **ORDER** |

Upon Defendant's Motion to Appear Remotely and with good cause show, IT IS HEREBY ORDERED that the Defendant and his counsel may appear remotely at the August 23, 2024 initial appearance.  The Clerk of Court will provide the remotely instructions to the Defendant and his counsel.

DATED this 23rd day of July, 2024.

John Johnston
United States Magistrate Judge

**Telephonic Call-In Information**

1-877-873-8018

Access Code – 1101249