IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES A. WHITE,<br><br>Defendant. | PO-24-5048-GF-JTJ<br><br>VIOLATIONS:<br>E1384010<br>E1384011<br>E1383602<br>E1383603<br>E1383604<br><br>Location Code: M13<br><br>**UNOPPOSED MOTION TO ACCEPT FINE, DISMISS VIOLATIONS, AND VACATE BENCH TRIAL** |
|---|---|

Based upon the United States' motion to accept the defendant's payment of a $750 fine and $30 processing fee for violation E1383602 (for a total of $780), and for good cause shown,

**IT IS ORDERED** that the $780 fine paid by the defendant is accepted as a full adjudication of violation E1383602.

Based upon the United States' motion to dismiss the defendant's violations E1384010, E1384011, E1383603, and E1383604, **IT IS ORDERED** that violations E1384010, E1384011, E1383603, and E1383604 are **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial scheduled for February 6, 2025, is **VACATED.**

DATED this 30th day of January, 2025.

_____
John Johnston
United States Magistrate Judge